AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
UNITED STATES MARSHAL
6/3/2019 3:12:34 PM
MIDDLE DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

United States of America
v.

KELIN HU

Defendant

Case No. 19-Cr-61-SDD-EWD

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* KELIN HU,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to steal trade secrets, in violation of 18 U.S.C. § 1832(a)(5);
Attempting to steal trade secrets, in violation of 18 U.S.C. § 1832(a)(4);
Conspiracy to commit computer fraud and abuse, in violation of 18 U.S.C. § 1030(b); and
Committing computer fraud and abuse, in violation of 18 U.S.C. § 1030(a)(2)(C).

Date: 5/29/19

City and state: Baton Rouge, Louisiana

*Issuing officer's signature*

Erin Wilder-Doomes, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6-3-19, and the person was arrested on *(date)* 6-4-19
at *(city and state)* Baton Rouge, LA.

Date: 6-4-19

FBI Arrest

*Arresting officer's signature*

B. Gunnoe, IRS
*Printed name and title*