

# STEVEN J. MOORE, LLC.
### Attorney at Law

*Criminal Law • Personal Injury • Litigation*

June 6, 2019

**Via E-Mail and U.S. Mail**
**brian.frazier@usdoj.gov**

Mr. Brian Frazier
Assistant United States Attorney
208 Russell B. Long Federal Bldg. & Courthouse
777 Florida Street
Baton Rouge, Louisiana 70801

          **RE:**    *United States of America v. Kelin Hu*
                   *Middle District Case No: 3:19-cr-00061-SDD-EWD*

Dear Mr. Frazier:

      On behalf of Kelin Hu, we are requesting that you provide our office with the following:

## STATEMENT OF DEFENDANT

      Any relevant written or recorded statements made by Mr. Hu, or copies thereof, within the possession, custody or control of the Government, the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the Government. Rule 16(a)(1)(A), Federal Rules of Criminal Procedure.

      That portion of any written record containing the substance of any oral statement which the Government intends to offer in evidence at trial, made by Kelin Hu, whether before or after arrest and/or indictment, in response to interrogation by persons then known to Kelin Hu to be government agents. Rule 16(a)(1)(A), Federal Rules of Criminal Procedure.

## DEFENDANT'S PRIOR RECORD

      A copy of Mr. Hu's prior criminal record, if any, that is within the possession, custody, or control of the Government, the existence of which is known, or by the exercise of due diligence may become known to the attorney for the Government. Rule 16(a)(1)(B), Federal Rules of Criminal Procedure.

## **DOCUMENTS OR TANGIBLE OBJECTS**

Mr. Hu requests that the Government permit his counsel to inspect and copy any photograph books, papers, documents, photographs, tangible objects, buildings or places, or copies, or portions thereof, which are within the possession, custody or control of the Government, and which are material to the preparation of his defense or are intended for use by the Government as evidence in chief at trial, or were obtained from or belonging to him. Rule 16 (a)(1)(C), Federal Rules of Criminal Procedure.

## **REPORTS OF EXAMINATIONS OR TESTS**

Mr. Hu requests that the Government permit his counsel to inspect and copy or photograph any results or reports of physical or mental examinations, and of scientific tests or experiments, or copies thereof, which are within the possession, custody, or control of the Government, the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the Government, and which are material to the preparation of his defense or are intended for use by the Government as evidence in chief at a trial. Rule 16 (a)(1)(D), Federal Rules of Criminal Procedure.

## **EXPERT WITNESSES**

Mr. Hu requests that the Government provide a written summary of testimony the Government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case in chief at trial. This summary must describe the witnesses' opinions, the basis and the reasons therefore, and the witnesses' qualifications. Rule 16 (a)(1)(E), Federal Rules of Criminal Procedure.

## **WITNESSES STATEMENTS**

Mr. Hu requests that in accordance with Federal Rule of Criminal Procedure 26.2, that after Government witnesses have testified on direct examination at any hearing on this matter, including trial, the court orders the attorney for the Government to produce, for his examination and use, any statement of the Government witness that is in the Government's possession and that relates to the subject matter concerning which the witness has testified.

### JENCKS ACT

Mr. Hu further requests that in accordance with 18 U.S.C. § 3500, the Government produce any statement of any Government witness in the possession of the Government, which relates to the subject matter as to which that Government witness has testified.

### EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS

Mr. Hu requests that the Government provide him reasonable notice, in advance of trial, of the general nature of any 404(b) evidence the Government intends to produce at trial.

### EXCULPATORY EVIDENCE

Mr. Hu requests that the Government provide him with any evidence that is favorable to him or material to the issue of guilty or punishment and the substance of any plea agreements or promises of leniency made by the Government to any witness for the Government. *Brady v. Maryland*, 373 U.S. 83, 83 S. Ct. 1194, 10 L.Ed.2d 215 (1963) and *Giglio v. U.S.*, 405 U.S. 150, 92 S. Ct. 763, 31 L.Ed.2d 104 (1972).

### CRIMINAL RECORD OF GOVERNMENT WITNESS, INCLUDING INFORMANT

Mr. Hu requests that the Government provide him with a copy of the criminal record of any witness for the Government. *U. S. v. Auten*, 632 F.2d 478 (5th Cir. 1980).

### ADMISSIONS

Any statements that the Government intends to introduce pursuant to Federal Rule of Evidence 801(d)(2).

Sincerely,

Steven J. Moore

SJM/lgc