**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| *versus* | :  CRIMINAL NO. 19-61-SDD-EWD |
| | : |
| EHAB MESELHE and | : |
| KELIN HU | : |

**DISMISSAL**

NOW INTO COURT comes the United States of America, by Brandon J. Fremin, United States Attorney for the Middle District of Louisiana, through Brian K. Frazier and Caroline B. Gardner, Assistant United States Attorneys, respectfully representing as follows:

1.

On May 29, 2019, a federal grand jury returned an indictment charging Defendants Ehab Meselhe and Kelin Hu with conspiracy to steal trade secrets, in violation of 18 U.S.C. § 1832(a)(5); attempting to steal trade secrets, in violation of 18 U.S.C. § 1832(a)(4); and conspiracy to commit computer fraud and abuse, in violation of 18 U.S.C. § 1030(b). In addition, Defendant Hu has been charged with committing computer fraud and abuse, in violation of 18 U.S.C. § 1030(a)(2)(C). (D.E. 1).

2.

Since the filing of the indictment, based on extensive additional investigation, the United States has concluded that it cannot meet its burden of proof in this matter.

**WHEREFORE**, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and with Leave of Court, the United States Attorney for the Middle District of Louisiana hereby dismisses the indictment without prejudice.

UNITED STATES OF AMERICA, by

BRANDON J. FREMIN
UNITED STATES ATTORNEY

/s/ Brian K. Frazier
Brian K. Frazier, TNBN 016691
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana  70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: brian.frazier@usdoj.gov


/s/ Caroline B. Gardner
Caroline B. Gardner, LBN 33842
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana  70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: caroline.gardner@usdoj.gov

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| *versus* : | CRIMINAL NO. 19-61-SDD-EWD |
| : | |
| EHAB MESELHE and : | |
| KELIN HU : | |

## CERTIFICATE OF SERVICE

The United States hereby certifies that a true and correct copy of the foregoing *Dismissal* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Michael W. Magner and Steven J. Moore via the Court's electronic filing system.

Baton Rouge, Louisiana this 15th day of July, 2019.

/s/ Brian K. Frazier
Brian K. Frazier
Assistant United States Attorney

/s/ Caroline B. Gardner
Caroline B. Gardner, LBN 33842
Assistant United States Attorney

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| *versus* | :   CRIMINAL NO. 19-61-SDD-EWD |
| | : |
| EHAB MESELHE and | : |
| KELIN HU | : |

## **ORDER**

Considering the United States' *Dismissal*,

Leave of Court is granted for the filing of the dismissal of the Indictment in Criminal No. 19-61-SDD-EWD.

Done and signed at Baton Rouge, Louisiana, this _____ day of July, 2019.


_____
HONORABLE SHELLY D. DICK
CHIEF UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA