UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA :
:
versus : CRIMINAL NO. 19-61-SDD-EWD
:
EHAB MESELHE and :
KELIN HU :

## ORDER

Considering the United States' *Dismissal*,

Leave of Court is granted for the filing of the dismissal of the Indictment in Criminal No. 19-61-SDD-EWD.

Done and signed at Baton Rouge, Louisiana, this __17__ day of July, 2019.

*Shelly D Dick*

HONORABLE SHELLY D. DICK
CHIEF UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

JURY